UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:11MJ334 |
| v. ) | |
| ) | |
| ) | **ORDER FOR ISSUANCE OF** |
| FILEMON GUZMAN-MARTINEZ ) | **AN ARREST WARRANT FOR** |
| ) | **MATERIAL WITNESS MIGDALIS** |
| ) | **MOLINA DE RAMIREZ** |

THIS MATTER comes before this Court upon Motion of the United States for the issuance of an arrest warrant for a material witness, and the Court finds:

Based upon the allegations of the Government's Motion, the Court believes Migdalis Molina de Ramriez should be arrested and held as a material witness. The Court, therefore, will order the Clerk to issue a warrant for her arrest.

NOW, THEREFORE, IT IS ORDERED that:

1. The Clerk of Court issue a warrant for defendant's arrest and attach a certified copy of this Order to the arrest warrant; and

2. Upon the defendant's arrest, defendant be held as a material witness pending trial of the defendant Filemon Guzman-Martinez.

The Clerk is directed to certify copies of this Order to defense counsel and the United States Attorney.

SO ORDERED this 17th day of October, 2011.

_____
DAVID C. KEESLER
United States Magistrate Judge