# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:11-MJ-334-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MIGDALIS MOLINA DE RAMIREZ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Dismiss Material Witness Warrant And Remove Conditions Of Release" (Document No. 10) filed January 19, 2012. The undersigned's chambers contacted the government, and the government, through counsel, indicated it consents to the motion. Therefore, having reviewed the Defendant's pleading and the record in the case, and in light of the government's consent, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the "Defendant's Motion To Dismiss Material Witness Warrant And Remove Conditions Of Release" (Document No. 10) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the material witness warrant for Migdalis Molina De Ramirez is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** in light of the above that all conditions of Migdalis Molina De Ramirez's pretrial release shall be removed..

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

**SO ORDERED**.

Signed: January 26, 2012

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants